**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anthony B. Giunta and Agnes Lea Giunta, ) | CIV-07-1647-PHX-MHB |
| Plaintiffs, ) | **ORDER** |
| vs. ) | |
| City of Phoenix, et al., ) | |
| Defendants. ) | |

The Court having considered Defendants' request to vacate the Rule 16 Case Management Conference referenced in their Notice to the Court (Doc. #32),

**IT IS ORDERED** denying Defendants' request; the Case Management Conference set for May 16, 2008 at 10:00 a.m. is affirmed.

DATED this 7th day of May, 2008.

Michelle H. Burns
United States Magistrate Judge