**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anthony B. Giunta and Agnes Lea Giunta, ) | CIV-07-1647-PHX-MHB |
| Plaintiffs, ) | **ORDER** |
| vs. ) | |
| City of Phoenix, et al., ) | |
| Defendants. ) | |

The Court having received Defendants Maricopa County and Sheriff Joe Arpaio's Notice of Settlement (Doc. #41),

**IT IS ORDERED** vacating the Case Management Conference set for May 16, 2008 at 10:00 a.m.

DATED this 15th day of May, 2008.

_Michelle H. Burns_
Michelle H. Burns
United States Magistrate Judge